**No. 66364.**—Ideal Toy Corp. *v.* United States, protest 60/28878 (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

**No. 66365.**—Eastman Kodak Company *v.* United States, protest 60/27945 (Rochester).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of beta ionone similar in all material respects to the chemicals the subject of *Dodge & Olcott, Inc.* v. *United States* (45 C.C.P.A. 113, C.A.D. 683) and *United States* v. *Dodge & Olcott* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiff was sustained.

**No. 66366.**—Accurate Millinery Co. *v.* United States, protests 61/11574 and 61/11575 (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C.C.P.A. 229, C.A.D. 599), the claim of the plaintiff was sustained.